■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERSON RAMIREZ, Appellant. [748 NYS2d 480] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered December 1, 2000, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. Defendant's statements were not products of an illegal detention. The hearing record establishes that defendant voluntarily accompanied the officers to the precinct, and that a reasonable innocent person in defendant's position would have believed that he was free to leave during the interrogation process (*see People v Yukl*, 25 NY2d 585, *cert denied* 400 US 851). Defendant was not restrained, but instead was left unsupervised in an interview room at various times, and there was nothing about the interrogation to suggest that defendant was not free to leave.

We perceive no basis for a reduction of sentence. Concur— Tom, J.P., Ellerin, Lerner, Rubin and Gonzalez, JJ.

■ LINDA GRAFF, Appellant, v CITY OF NEW YORK, Respondent. [748 NYS2d 480] —Judgment, Supreme Court, New York County (Marilyn Shafer, J., and a jury), entered May 22, 2001, in favor of defendant and against plaintiff, unanimously affirmed, without costs.

Viewed in the light most favorable to defendant, there was sufficient credible evidence to support the jury's verdict that the crosswalk in issue was reasonably safe (*see Myers v Schaffer Grocery Corp.*, 281 AD2d 156, 157; *Gianniosis v LID Mgt. & Finishing Serv. Co.*, 194 AD2d 413). Concur—Tom, J.P., Ellerin, Lerner, Rubin and Gonzalez, JJ.